UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-24-F

| | |
|---|---|
| CARL ANTHONY McDOUGALD, )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

This matter is before the court on the petitioner's motion for relief from judgment [DE-21]. The court has received notification of McDougald's death from the Bureau of Prisons [DE-28]. Accordingly, all pending motions are DENIED AS MOOT and the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 9th day of July, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge